Same case below, 605 Pa. 431, 990 A.2d 1158.

**No. 10-6803. Joaquin Suarez Flores, Petitioner v. United States.**

562 U.S. 1020, 131 S. Ct. 549, 178 L. Ed. 2d 403, 2010 U.S. LEXIS 8363.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 385 Fed. Appx. 881.

**No. 10-6806. Gregory Khair Brooks, Petitioner v. United States.**

562 U.S. 1021, 131 S. Ct. 549, 178 L. Ed. 2d 403, 2010 U.S. LEXIS 8408.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 300.

**No. 10-6807. Christopher Lee Williams, Petitioner v. Arizona.**

562 U.S. 1021, 131 S. Ct. 549, 178 L. Ed. 2d 403, 2010 U.S. LEXIS 8410.

November 1, 2010. Petition for writ of certiorari to the Court of Appeals of Arizona, Division Two, denied.

**No. 10-6810. Bruce White, Petitioner v. United States.**

562 U.S. 1021, 131 S. Ct. 550, 178 L. Ed. 2d 403, 2010 U.S. LEXIS 8394.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-6811. Albert Truax, Petitioner v. United States.**

562 U.S. 1021, 131 S. Ct. 550, 178 L. Ed. 2d 403, 2010 U.S. LEXIS 8447.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 325 Fed. Appx. 591.

**No. 10-6815. Will Moss, Jr., Petitioner v. United States.**

562 U.S. 1021, 131 S. Ct. 550, 178 L. Ed. 2d 403, 2010 U.S. LEXIS 8441.

November 1, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 379 Fed. Appx. 651.